IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

vs.

CRIMINAL CASE NO.
1:23-MJ-647-CCB

PHILLIP CRAWFORD,

Defendant.

## ORDER APPOINTING COUNSEL

### THOMAS HAWKER

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 12th day of July, 2023.

_____
**CHRISTOPHER C. BLY**
**UNITED STATES MAGISTRATE JUDGE**